1

2                    UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                           OAKLAND DIVISION

5

6    SHARON GENTGES, an individual,              Case No:  C 11-5574 SBA
     MARION KERSTING, an individual,
7    JOHN NEKORANEC, an individual,              **ORDER**
     LEANNA NEKORANEC, an individual,
8    and LYLE J. HALS, an individual,            Docket 34
     individually and on behalf of a class of
9    similarly situated persons,

10                  Plaintiffs,

11            vs.

12   TREND MICRO INC., a California
13   corporation, and DOES 1-10, inclusive,

14                  Defendants.

15

16        The parties are presently before the Court on Defendant's Administrative Motion for

17   Leave to File Briefs in Excess of Fifteen Pages, or in the Alternative, Requesting Leave to

18   Substitute and File Briefs Complying with the Fifteen Page Limit Nunc Pro Tunc Pursuant

19   to Stipulation.  Having read and considered the papers submitted in connection with the

20   motion, and being fully informed,

21        IT IS HEREBY ORDERED THAT:

22        1.    Defendant's Administrative Motion for Leave to File Briefs in Excess of

23   Fifteen Pages, or in the Alternative, Requesting Leave to Substitute and File Briefs

24   Complying with the Fifteen Page Limit Nunc Pro Tunc Pursuant to Stipulation is

25   GRANTED IN PART and DENIED IN PART.

26        2.    Defendant is granted leave to a motion to dismiss and motion to strike in a

27   single memorandum, not to exceed twenty (20) pages, by April 3, 2012.  Plaintiffs shall file

28

a consolidated opposition, not to exceed twenty (20) pages, by April 10, 2012.  Defendant

shall file a consolidated reply, not to exceed twelve (12) pages, by April 17, 2012.

4.       The hearing on Defendant's motions to dismiss and strike is CONTINUED

from April 10, 2012 to May 22, 2012 at 1:00 p.m.

5.       The Case Management Conference scheduled for May 2, 2012 is

CONTINUED to July 5, 2012 at 2:30 p.m.  Prior to the date scheduled for the conference,

the parties shall meet and confer and prepare a joint Case Management Conference

Statement which complies with the Standing Order for All Judges of the Northern District

of California and the Standing Orders of this Court.  Plaintiffs shall assume responsibility

for filing the joint statement no less than seven (7) days prior to the conference date.

Plaintiffs' counsel is to set up the conference call with all the parties on the line and call

chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY

WITHOUT PRIOR AUTHORIZATION OF THE COURT.

6.       The Clerk shall strike Docket 22 and 23 from the record.

7.       This Order terminates Docket 22, 23 and 34.

IT IS SO ORDERED.

Dated: March 26, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge