1  Karl S. Kronenberger, Bar No. 226112
   karl@KRInternetLaw.com
2  Jeffrey M. Rosenfeld, Bar No. 222187
   jeff@KRInternetLaw.com
3  Virginia A. Sanderson, Bar No. 240241
   ginny@KRInternetLaw. com
4  **KRONENBERGER ROSENFELD, LLP**
   150 Post Street, Suite 520
5  San Francisco, CA 94108
   Telephone:    415-955-1155
6  Facsimile:    415-955-1158

7  Attorneys for Plaintiffs
   SHARON GENTGES, MARION KERSTING,
8  JOHN NEKORANEC, LEANNA NEKORANEC,
   and LYLE J. HALS
9
   Michael A. Geibelson, Bar No. 179970
10 MAGeibelson@rkmc.com
   Lauren E. Wood, Bar No. 280096
11 LEWood@rkmc.com
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
12 2049 Century Park East, Suite 3400
   Los Angeles, CA  90067-3208
13 Telephone:    310-552-0130
   Facsimile:    310-229-5800
14
   Attorneys for Defendant
15 TREND MICRO INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GENTGES, an individual, MARION KERSTING, an individual, JOHN NEKORANEC, an individual, and LEANNA NEKORANEC, an individual, and LYLE J. HALS, an individual, individually and on behalf of a class of similarly situated persons,<br><br>           Plaintiff,<br><br>v.<br><br>TREND MICRO INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>           Defendant. | Case No.  CV11-5574 SBA<br><br>**ORDER RE MODIFICATION OF BRIEFING SCHEDULE FOR TREND MICRO'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**Action Filed: November 16, 2011** |

60575052.1

[PROPOSED] ORDER RE MODIFICATION OF BRIEFING SCHEDULE FOR TREND MICRO'S MOTION TO DISMISS AND MOTION STRIKE

**ORDER**

TO ALL INTERESTED PERSONS AND PARTIES:

Upon consideration of Defendant Trend Micro Inc.'s Administrative Motion For Modification of the Briefing Schedule for Trend Micro Inc.'s Motion to Dismiss and Motion to Strike, Pursuant to Stipulation and the Parties Joint Stipulation Re Modification of the Briefing Schedule for Trend Micro's Motion to Dismiss and Motion to Strike,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The deadlines in the briefing schedule for Defendant Trend Micro Inc.'s motion to dismiss and motion to strike set forth in the Court's March 27, 2012 Order (Docket No. 43) shall be extended by one week as follows:

 a. Defendant shall file a motion to dismiss and motion to strike in a single memorandum, not to exceed twenty (20) pages, by April 10, 2012;

 b. Plaintiffs shall file a consolidated opposition, not to exceed twenty (20) pages, by April 17, 2012;

 c. Defendant shall file a consolidated reply, not to exceed twelve (12) pages, by April 24, 2012;

2. The hearing on Defendant's motions to dismiss and strike shall remain unchanged and take place on May 22, 2012 at 1:00 p.m., as previously ordered.

IT IS SO ORDERED.

DATED: _3/29/12

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge

60575052.1    - 2 -    [PROPOSED] ORDER RE MODIFICATION OF BRIEFING SCHEDULE FOR TREND MICRO'S MOTION TO DISMISS AND MOTION STRIKE