UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GENTGES, | No. C-11-05574 SBA (DMR) |
| Plaintiff(s), | **NOTICE OF REFERENCE AND HEARING; ORDER** |
| v. | **RE MOTION PROCEDURES** |
| TREND MICRO INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Donna M. Ryu for a Report and Recommendation on Defendant Trend Micro Inc.'s motion for attorneys' fees and costs. Please be advised that the noticed date for the motion filed before the District Court prior to this referral is no longer in effect. You are hereby notified that the hearing is rescheduled for **September 27, 2012 at 11:00 a.m.** The briefing deadlines remain unchanged. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

1. Parties shall comply with the procedures in this order, the Federal Rules of Civil Procedure, and the Northern District of California's Local Rules, General Orders, and Standing

Orders. Local rules, general orders, standing orders, and instructions for using the Court's Electronic Case Filing system are available at http://www.cand.uscourts.gov. Failure to comply with any of the rules or orders may be a ground for sanctions.

**LAW AND MOTION PROCEDURES**

2. Civil motions are heard on the second and fourth Thursdays of the month at 11:00 a.m. Civil case management conferences are heard on Wednesdays at 1:30 p.m. Civil pretrial conferences are heard on Wednesdays at 3:00 p.m. Parties must notice motions (other than discovery motions) pursuant to the local rules. Parties need not reserve a hearing date, but should confirm the court's availability at http://www.cand.uscourts.gov. The court may reset hearing dates as the court's calendar requires. For scheduling questions, please call Judge Ryu's courtroom deputy, Ivy Garcia, at (510) 637-3639.

3. All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

4. The court has found that it is often efficient and beneficial for the parties if counsel appear *in person at hearings*. For this reason, the court expects counsel to appear in person, unless they make a prior application showing good cause as to why the court should permit a telephonic appearance. Permission for a party to attend by telephone may be granted, in the court's discretion, upon written request made at least one week in advance of the hearing, if the court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective hearing. The facts establishing good cause must be set forth in the request.

**CHAMBERS COPIES AND PROPOSED ORDERS**

5. Pursuant to Civil L.R. 5-1(e)(7) and 5-2(b), parties must lodge an extra paper copy of certain filings and mark it as a copy for "Chambers." Please three-hole punch the chambers copy and submit it to the Oakland Clerk's Office.

6. Any stipulation or proposed order submitted by an e-filing party shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing attachment on the same day the

document is e-filed. This address should only be used for this stated purpose unless otherwise directed by the court.

IT IS SO ORDERED.

Dated: July 26, 2012

DONNA M. RYU
United States Magistrate Judge

3