UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GENTGES, | No. C 11-05574 SBA (DMR) |
| Plaintiff(s), | **ORDER VACATING HEARING ON MOTION FOR ATTORNEYS' FEES** |
| v. | |
| TREND MICRO INC, | |
| Defendant(s). | |

The court is in receipt of the parties' Notice of Settlement. [Docket No. 63.] The September 27, 2012 hearing on Defendant Trend Micro Inc.'s Motion for Attorneys' Fees is hereby VACATED. The parties are ordered to submit a status report regarding the motion by no later than **September 24, 2012.**

IT IS SO ORDERED.

Dated: August 13, 2012

DONNA M. RYU
United States Magistrate Judge